UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REICHBERG, et al.,**<br>*Plaintiff,*<br><br>v.<br><br>**SILBERT'S COMMUNITY RESORT, et al.**<br>*Defendant.* | )<br>)<br>)<br>) Case No. 7:24-cv-00099<br>)<br>) **INFANT COMPROMISE ORDER**<br>)<br>)<br>)<br>) |

     **WHEREAS,** Leizor Reichberg, Moshe Rottenberg, Levi Rottenberg, Nusie Rubin, Malki Denciger, Samuael Bauer, Yonasan Bauer, and David Vogel, (the "Parents") and A.D., Y.D., H.D., T.R., A.R., R.R., M.R., S.R., E.R., H.R., E.B., H.B., M.B., R.B., T.R., C.R., H.R., S.R., Y.R., E.R., S.A., C.P., M.S., S.E., A.Y., S.V., M.C. and R.R. (the "Minor Children") (collectively, the "Plaintiffs") have filed the case captioned *Reicberg, et al. v. Silbert's Community Resort, et al.* Case No.7:24-cv-00099 in the United States Court for the Southern District of New York and 5:23-cv-01220 in the Northern District of New York (hereinafter, the "Civil Action"), in which action the Silbert's Community Resort, Inc. and Oleg Gorelik (the "Defendants") are named as defendants; and

     **WHEREAS**, Malki Denciger is the mother and natural guardian of A.D., Y.D., and H.D.; Moshe Rottenberg is the father and natural guardian of T.R., A.R., and R.R.; Leizor Reichberg is the father and natural guardian of M.R. S.R., E.R., and H.R.; Samuel Bauer is the father and natural guardian of E.B., H.B., M.B., R.B.; Nusie Rubin is the father and natural guardian of T.R., C.R., H.R., S.R., Y.R., and E.R.; David Vogel is the father and natural guardian of S.A., C.P., M.S., S.E., A.Y., S.V., M.C.; Levi Rottenberg is the father and natural guardian of R.R.

**WHEREAS,** the Court has been informed that the Parties have reached a settlement in principle in this case, which will forever fully resolve all claims by all Plaintiff's against all Defendants;

**WHEREAS,** the complete and precise terms and conditions of the settlement are set forth in a Release and Settlement Agreement that has been agreed upon by the Parents and the Defendants;

**WHEREAS,** the Release and Settlement Agreement was presented to the Court, and the Court has reviewed the terms of the proposed settlement agreement and finds that the terms of the Release and Settlement Agreement are reasonable;

**WHEREAS,** the Parents wish to execute the Release and Settlement Agreement on behalf of themselves and on behalf of their respective Minor Children.

**NOW THEREFORE**, it is hereby:

**ORDERED,** that the Parents and the Defendants are hereby authorized and empowered to execute the Release and Settlement Agreement; and it is further

**ORDERED,** that Malki Denciger, may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children A.D., Y.D., and H.D., and it is further

**ORDERED,** that Moshe Rottenberg may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children T.R., A.R., and R.R., and it is further

**ORDERED,** that Leizor Reichberg may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children M.R. S.R., E.R., and H.R., and it is further

**ORDERED,** that Samuel Bauer may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children E.B., H.B., M.B., R.B., and it is further

**ORDERED,** that Nusie Rubin may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children T.R., C.R., H.R., S.R., Y.R., and E.R., and it is further

**ORDERED,** that David Vogel may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor children S.A., C.P., M.S., S.E., A.Y., S.V., M.C., and it is further

**ORDERED,** that Levi Rottenberg may execute the Release and Settlement Agreement and any other documents necessary to settle this action on behalf of minor child R.R.

March 27, 2024
Date
White Plains, New York

_____
Hon. Judge Philip M. Halpern
United States District Court
Southern District of New York.